IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROY TORREZ, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:05-CV-1303-D |
| VS. | § | |
| | § | |
| DOUGLAS DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the findings and recommendation of the magistrate judge, and the objections filed by petitioner and respondent, the court concludes that the findings and conclusions are correct and are therefore adopted.

**SO ORDERED**.

October 25, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE